## STELLA CHERTKOVA *v.* CONNECTICUT GENERAL LIFE INSURANCE COMPANY
## (AC 23305)

Lavery, C. J., and West and Stoughton, Js.

Argued April 28—officially released May 20, 2003

Per Curiam. The judgment is affirmed.

## MYROSLAW DRAGAN ET AL. *v.* STAMFORD HOSPITAL
## (AC 17272)

Lavery, C. J., and West and Stoughton, Js.

Argued April 28—officially released May 20, 2003

Per Curiam. The judgment is affirmed.

## NANCY LEWIS *v.* STATE OF CONNECTICUT
## (AC 23536)

Schaller, West and Dupont, Js.

Submitted on briefs May 2—officially released May 20, 2003

Per Curiam. The judgment is affirmed.